Court copy

Without Prejudice UCC 1-308
Reverend Lord Gregory. L. Peck, ARR
(Lt. Col.), Ninth (9th) Magistrature,
Special Prosecutor, Senior International
Investigator, Common Law Peace Officer
of Court/Deputy Sheriff of Court/ HIGH
PRIEST OF YHVH: (RULE 16: SECTION 1.
(a) That the Court has no jurisdiction over the
person of the Petitioner/Plaintiff

Peck 1010 AD

C/O 1407 Dunswell Ave., Hacienda Heights, CA. 91745
CP: 626-265-8327

PAID
APR 16 2018
CIC
Clerk, US District Court

FILED
2018 APR 16 PM 2:12
US DISTRICT COURT
LOS ANGELES

# United States District Court
# Central District of California
# Western Division, Los Angeles

**JURY REQUIRED**

Rev S.L. Gregory L. Peck A.R.R,
Lt. Col. M.`.M.`. 33°, Special
Prosecutor, Senior International
Investigator
Inspector General of the Order

Edward M. Palma M.`.M.`.

Andy Mancha M.`.M.`.

Raul Solana M.`.M.`.
    Petitioner/Plaintiff,

vs.

Robert Mueller (In his private & Official Capacity)
James Comey (In his private & Official Capacity)
Rod Rosenstein (In his private & Official Capacity)
    Defendant/Respondent

Civil Case# **CV18-03184-DMG(SHK)**

**Cause of Action: Crimes Against Humanity, High Crimes, and Misdemeanors, Acts of Treason, Article 3, § 3, Clause 1, Providing Aid and Comfort to an Enemy of the USA, deprivation of Human Rights, Waring against the Constitution and/or We the People; (As charged Crimes Against Humanity cannot be denied or refused and must be heard).**

**High Crimes, and Misdemeanors, Acts of Treason, Waring against the Constitution for the USA 1787;**

USC Title 42 § 1983. Civil action for deprivation of rights etc. 18 U.S. § 2381,

**RICO ACT U.S. Code** › Title 18 › Part I › Chapter 96

Notice: In the interest of Justice Pursuant to Constitution For United States of America 1787, Under Common Law by Mandate of Human Rights, We hereby revoke by COMMON LAW, Corporate Statutes/Articles, Estoppels et-al De-facto Equity, Commercial, Admiralty, Maritime, Statutory de-facto Court Rules/Policies be Waved by Order of Sovereign Right established within/on the Declaration of Independence herein attached and signed    **JURY REQUIRED**

[Summary of pleading] – 1

# CRIMES AGAINST HUMANITY
## High Crimes Deprivation Of Human Rights,

In 1945, the United States and other Allies developed the Agreement for the Prosecution and Punishment of Major War Criminals of the European Axis and Charter of the International Military Tribunal (IMT), sitting at Nuremberg, which contained the following definition of Crimes Against Humanity in Article 6(c):"Crimes against humanity: murder, extermination, enslavement, deportation, and other inhumane acts committed against civilian populations, before or during the war; or persecutions on political, racial or religious grounds in execution of or in connection with any crime within the jurisdiction of the Tribunal, whether or not in violation of the domestic law of the country where perpetrated."

The list of the specific crimes contained within the meaning of Crimes Against Humanity has been expanded since Article 6(c) of the IMT to include, in the ICTY and the ICTR, rape and torture. The statute of the ICC also expands the list of specific acts. In particular, the ICC statute adds the crimes of enforced disappearance of persons and apartheid. Further, the ICC statute contains clarifying language with respect to the specific crimes of extermination, enslavement, deportation or forcible transfer of population, torture, and forced pregnancy.

Crimes Against Humanity have existed in customary International Law for over half a century and are also evidenced in prosecutions before some national courts. The most notable of these trials include those of Paul Touvier, Klaus Barbie, and Maurice Papon in France, and Imre Finta in Canada. But crimes against humanity are also deemed to be part of jus cogens—the highest standing in international legal norms. Thus, they constitute a non-derogable rule of international law. The implication of this standing is that they are subject to Universal Jurisdiction, meaning that all States can exercise their jurisdiction in prosecuting a perpetrator irrespective of where the crime was committed. It also means that all States have the duty to prosecute or extradite, that no person charged with that crime can claim the "political offense exception" to extradition, and that States have the duty to assist each other in securing evidence needed to prosecute. But of greater importance is the fact that no perpetrator can claim the "defense of obedience to superior orders" and that no statute of limitation contained in the laws of any State can apply. Lastly, no one is immune from prosecution for such crimes, even a head of State.

Whereas; as stated above the Respondent/Defendant(s)/ Defendant Class, may have and/or are still committing acts and/or High Crimes Against Humanity as in; The Tel-Aviv District Court, in a 1952 judgment, said a Crime Against "Humanity" must be one of serious character and likely to embitter the life of a hu-man person, to degrade him

and cause him great physical or moral suffering." The United Nations (UN) Secretary-General has described them as "inhumane acts of a very serious nature." As well as acts which are linked to the RICO Act color of Law and/or fraud.

## JUDICIAL NOTICE OF STANDING

Whereas, (1st Plaintiff Peck has by heritage as established of record, Knighthood 1010AD then Lordship 1066AD as well as by appointment of Her Majesty E.R.DO as Special Prosecutor/Senior International Investigator, for/to the Royal Estate) thereby now comes as Executor/Trustee, and Owner thereof, therefore, I Rev Sir Lord Gregory L. Peck A.R.R. (herein after 1st Petitioner/Plaintiff), having taken Office as Vested in Ecclesiastical Ministry in Corporate Soul of Spirit, Body, and Mind, under De-jure Supreme Law of Justice under Royal Decree, as covenantal Davidic Man as created by YHVH thereby, in seclusion in *monastērium,* bound by De-jure Justice/Law. Thereby, standing under the Sovereign Rules/Protocols of Monarchs/ Nobility, by nobility granted and/or grandfathered centuries before any usurpation of Canon Crown Law.

    NOTICE is hereby rendered in this Obverse as herein (with the Reverse firmly attached to the back side of this 2nd page), stated, Plaintiff/Petitioner as Executor/Trustee/Special Prosecutor, of Nobel Blood Line predating the creation of Canon Law of Three Crowns therein, owning the Office of Supreme Architect thereby, having Divine Ownership of the Private Property existing of Flesh and Blood with blood flowing; not conveying any right of use of the Private Property as Real Property any alleged Express Trust Unam Sanctam to the control of any legal fiction corporate entity and/or the Pontiff and his successors in perpetuity. Hence, any attempt claiming such control of our Kingdom of Divine land as "Crown Land" would be made as a dishonor, of the 1st Crown as represented by the 1st cestui Que Vie (i.e. 1st cestui Que Vie Act of 1540) Trust created when a child is born, depriving them of all their beneficial entitlements and rights on the land at birth. Additionally, by Divine Right the Plaintiff/Petitioner make Supreme Claim with Ecclesiastical Deed Poll having authority of said Private Property, thereby, control over this 1st Crown, which had been secretly granted to England in the collection and "reaping" of lost souls (se 1666 act attached) (now issued in 1975 back to Spain). Further, The 2nd Crown of the Commonwealth created in 1481 known as the "Crown of Aragon", later known as the Crown of Spain, being

the highest Sovereign and Highest Steward of all Roman Slaves/the inhabitants of/in the State subject to the rule of the Roman Pontiff. This 2nd Crown is represented by the 2nd cestui Que Vie Trust created when a child is born being the sale of the birth certificate as a Bond to the private central bank of the nation, depriving them of ownership of their flesh and condemning them to perpetual servitude as a Roman person/citizen, or slave. The 3rd Crown of the Ecclesiastical; The third Crown was created in 1537 by Paul III through the papal bull Convocation also meant to open the Council of Trent being the third an final testamentary deed and will of a testamentary trust, being the trust set up for the claiming of all "lost souls", granted to the Temple Bar, which became known as the Crown Bar, or simply the Crown. The Bar Associations worldwide have been responsible ever since in administering the "reaping" of the souls of the lost and damned, including the registration and collection of Baptismal certificates representing the souls collected by the Vatican and stored in its vaults. This 3rd Crown is represented by the 3rd cestui Que Vie Trust created when a child is baptized being the grant of the Baptismal certificate by the parents to the church or Registrar being the gift of title of the soul. Thus, without legal title over one's own soul, a man or woman may be "legally" denied right to stand as a person, but may be treated as a creature and thing without legally possessing a soul i.e. human. Thereby, herein and after declares the Three (3)Crowns to be in default and a fraud against Divine creation of Man as granted by God/Jehovah. and,

Whereas, Therefore, the 1st Plaintiff/Petitioner in sui juris a party intervener, occupant of the general Executrix 0ffice, having been lawfully Ordained in the Divine Covenant of Tetragrammaton, Primeumaton, and Anaphaxeton now comes standing under the Divine Authority herein stated. Thereby, the Plaintiff/Petitioner Class et-al as Free Masons having No statutory de-facto artificial legal fiction corporate jurisdiction withstanding and/or same is/are null and/or void as such jurisdiction being under the alleged corporate color of law of Admiralty/Maritime/Canon Jurisdiction and/or known as Statutory Jurisdiction of Equity, Commercial, Business, Law of Tort thereby, in the case of military law, which under the U.C.M.J. (Universal Code of Military Justice), at no time does the military have jurisdiction over the Sovereign Man population of a geographic location except as may be allowed under publicly declared marshal law.

Frist act of Treason

# Two Constitutions in the United States.
# 1st Constitution for the United States of America
# was illegally suspended in favor of a
# Vatican "Crown" corporate constitution in 1871

Since 1871 the United States president and the United States Congress has been playing politics under a different set of rules and policies. The American people do not know that there are two Constitutions in the United States. The first penned by the leaders of the newly independent states of the United States in 1776. On July 4, 1776, the people claimed their independence from the Crown (temporal authority of the Roman Catholic Pope) and Democracy was born. And for 95 years the United States people were free and independent. That freedom ended in 1871 when the original "Constitution *for* the United States of America" was changed to the "THE CONSTITUTION *OF* THE UNITED STATES OF AMERICA".

The Congress realized that the country was in dire financial straits, so they made a financial deal with the devil – the Crown (a.k.a. City of London Corporation – est. by the Catholic Church on Jan 1, 1855) thereby incurring a DEBT to the Pope. The conniving Pope and his central bankers were not about to lend the floundering nation any money without some serious stipulations. So, they devised a way of taking back control of the United States of America and thus, the Act of 1871 was passed. With no constitutional authority to do so, Congress created a separate form of government for the District of Columbia.

With the passage of "the Act of 1871" a city state (a state within a state) called the District of Columbia located on 10 sq miles of land in the heart of Washington was formed with its own flag and its own independent constitution – the United States of America's secret second constitution. The flag of Washington's District of Columbia has 3 red stars, each symbolizing a city state within the three city empire. The three city empire consists of Washington D.C (the D.C. stands for District of Columbia)., City of London Corporation, and Vatican City State. City of London Corporation is the corporate center of the three city states and controls the world economically. Washington D.C. is in charge of the military, and the Vatican controls it all under the guise of spiritual guidance. Although geographically separate, the city states of; City of London Corporation, the Vatican and the District of Columbia are one interlocking empire called "Empire of the City" The constitution for the District of Columbia operates under tyrannical Vatican law known as "Lex Fori" (local law). When congress illegally passed the act of 1871 it created a corporation known as THE UNITED STATES and a separate form of government for the District of Columbia. This treasonous act has unlawfully allowed the District of Columbia to operate as a corporation outside the original constitution of the United States and in total disregard of the best interests of the American citizens.

POTUS is the Chief Executive (President) of the Corporation of THE UNITED STATES – operating as the CEO of the corporation. POTUS governs w/a Board of Directors (cabinet officials) and managers (Senators and Congressmen/women). Barack Obama, as others before him, is POTUS — operating as "vassal king" – taking orders once again from "The Crown" through the RIIA (Royal Institute of Intl Affairs). The Illuminati (founded by the The Society of Jesus or Jesuits, the largest Roman Catholic Religious Military Order headed by the Black Pope) created the Royal Institute of International Affairs (RIIA) in 1919. The American equivalent to the RIIA is the Council of Foreign Relations (CFR). The RIIA and CFR set up Round Table Groups (based on the King Arthur myths).

What did the Act of 1871 achieve? The ACT of 1871 put the United States of America back under Crown rule (which is papal rule). The United States of America people lost their independence in 1871.

THE CONSTITUTION OF THE UNITED STATES OF AMERICA is the constitution of the incorporated UNITED STATES OF AMERICA. It operates in an economic capacity and has been used to fool the People into thinking it governs the Republic. It does not! Capitalization is NOT insignificant when one is referring to a legal document. This seemingly "minor" alteration has had a major impact on every subsequent generation of Americans. What Congress did by passing the Act of 1871 was create an entirely new document, a constitution for the government of the District of Columbia, an INCORPORATED government.

Instead of having absolute and unalienable rights guaranteed under the organic Constitution, We the People, now have "relative" rights or privileges. One example is the Sovereign's (the People) right to travel, which has now been transformed (under corporate government policy) into a "privilege" that requires citizens to be licensed – driver's licenses and Passports. By passing the Act of 1871, Congress committed TREASON against the People who were Sovereign under the grants and decrees of the Declaration of Independence and the organic Constitution. The Act of 1871 became the FOUNDATION of all treason since committed by government officials.

As of 1871 the UNITED STATES isn't a Country; It's a Corporation! In preparation for stealing America, the puppets of Roman Catholic Pope's banking cabal had already created a second government, a Shadow Government designed to manage what "the People" believed was a democracy, but what really was an incorporated UNITED STATES. Together this chimera, this two-headed monster, disallowed "the People" all rights of sui juris. [you, in your sovereignty]

The U.S. is a Crown Colony. The U.S. has always been and remains a Crown (Roman Catholic Pope) colony. King James I, is not just famous for translating the Bible into "The King James Version", but for signing the "First Charter of Virginia" in 1606 — which granted America's British forefathers license to settle and colonize America. The charter guaranteed future German Roman Catholic Kings/Queens of England would have sovereign authority over all citizens and colonized land in America. After America declared independence from the Crown, the Treaty of Paris, signed on September 3, 1783 was signed.

That treaty identifies the German Roman Catholic King of England as prince of U.S. "Prince George the Third, by the grace of God, king of Great Britain, France, and Ireland, defender of the faith, duke of Brunswick (Germany's Brunswick) and Lunebourg (Germany's Lunebourg), arch- treasurer and prince elector of the Holy Roman Empire (Roman Catholic Church) etc., and of the United States of America"– completely contradicting premise that America won The War of Independence.

Notice taken there is more fraud to be considered to prove the corruption of the Corporation of America.

## RICO ACT U.S. CODE > Title 18 > Part I > Chapter 96

It is unlawful for anyone employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt. 18 U.S.C.A. § 1962(c) (West 1984). The Racketeer Influenced and Corrupt

Organization Act (RICO) was passed by Congress with the declared purpose of seeking to eradicate organized crime in the United States. Russello v. United States, 464 U.S. 16, 26-27, 104 S. Ct. 296, 302-303, 78 L. Ed. 2d 17 (1983); United States v. Turkette, 452 U.S. 576, 589, 101 S. Ct. 2524, 2532, 69 L. Ed. 2d 246 (1981). A violation of Section 1962(c), requires (1) conduct (2) of an enterprise (3) through a pattern (4) of racketeering activity. Sedima, S.P.R.L. v. Imrex Co., 473 U.S. 479, 496, 105 S. Ct. 3275, 3285, 87 L. Ed. 2d 346 (1985).

A more expansive view holds that in order to be found guilty of violating the RICO statute, the government must prove beyond a reasonable doubt: (1) that an enterprise existed; (2) that the enterprise affected interstate commerce; (3) that the defendant was associated with or employed by the enterprise; (4) that the defendant engaged in a pattern of racketeering activity; and (5) that the defendant conducted or participated in the conduct of the enterprise through that pattern of racketeering activity through the commission of at least two acts of racketeering activity as set

forth in the indictment. United States v. Phillips, 664 F. 2d 971, 1011 (5th Cir. Unit B Dec. 1981), cert. denied, 457 U.S. 1136, 102 S. Ct. 1265, 73 L. Ed. 2d 1354 (1982).

An "enterprise" is defined as including any individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity. 18 U.S.C.A. § 1961(4) (West 1984). Many courts have noted that Congress mandated a liberal construction of the RICO statute in order to effectuate its remedial purposes by holding that the term "enterprise" has an expansive statutory definition. United States v. Delano, 825 F. Supp. 534, 538-39 (W.D.N.Y. 1993), aff'd in part, rev'd in part, 55 F. 3d 720 (2d Cir. 1995), cases cited therein.

"Pattern of racketeering activity" requires at least two acts of racketeering activity committed within ten years of each other. 18 U.S.C.A. § 1961(5) (West 1984). Congress intended a fairly flexible concept of a pattern in mind. H.J., Inc. v. Northwestern Bell Tel. Co., 492 U.S. 229, 239, 109 S. Ct. 2893, 2900, 106 L. Ed. 2d 195 (1989). The government must show that the racketeering predicates are related, and that they amount to or pose a threat of continued criminal activity. Id. Racketeering predicates are related if they have the same or similar purposes, results, participants,

victims, or methods of commission, or otherwise are interrelated by distinguishing characteristics and are not isolated events. Id. at 240, 109 S. Ct. at 2901; Ticor Title Ins. Co. v. Florida, 937 F. 2d 447, 450 (9th Cir. 1991). Furthermore, the degree in which these factors establish a pattern may depend on the degree of proximity, or any

similarities in goals or methodology, or the number of repetitions. United States v. Indelicato, 865 F. 2d 1370, 1382 (2d Cir.), cert. denied, 493 U.S. 811, 110 S. Ct. 56, 107 L. Ed. 2d 24 (1989).

Continuity refers either to a closed period of repeated conduct, or to past conduct that by its nature projects into the future with a threat of repetition. H.J., Inc., 492 U.S. at 241-42, 109 S. Ct. at 2902. A party alleging a RICO violation may demonstrate continuity over a closed period by proving a series of related predicates extending over a substantial period of time. Id. Predicate acts extending over a few weeks or months and threatening no future criminal conduct do not satisfy this requirement as Congress was concerned with RICO in long-term criminal conduct. Id.

As to the continuity requirement, the government may show that the racketeering acts found to have been committed pose a threat of continued racketeering activity by proving: (1) that the acts are part of a long-term association that exists for criminal purposes, or (2) that they are a regular way of conducting the defendant's ongoing legitimate business, or (3) that they are a regular way of conducting or participating in an ongoing and legitimate enterprise. Id.

When a RICO action is brought before continuity can be established, then liability depends on whether the threat of continuity is demonstrated. Id. However, Judge Scalia wrote in his concurring opinion that it would be absurd to say that "at least a few months of racketeering activity...is generally for free, as far as RICO is concerned." Id. at 254, 109 S. Ct. at 2908. Therefore, if the predicate acts involve a distinct threat of long-term racketeering activity, either implicit or explicit, a RICO pattern is established. Id. at 242, 109 S. Ct. at 2902.

The RICO statute expressly states that it is unlawful for any person to conspire to violate any of the subsections of 18 U.S.C.A. § 1962. The government need not prove that the defendant agreed with every other conspirator, knew all of the other conspirators, or had full knowledge of all the details of the conspiracy. Delano, 825 F. Supp. at 542. All that must be shown is: (1) that the defendant agreed to commit the substantive racketeering offense through agreeing to participate in two racketeering acts; (2) that he knew the general status of the conspiracy; and (3) that he knew the conspiracy extended beyond his individual role. United States v. Rastelli, 870 F. 2d 822, 828 (2d Cir.), cert. denied, 493 U.S. 982, 110 S. Ct. 515, 107 L. Ed. 2d 516 (1989).

## Civil Remedies Under RICO

Persons injured by reasons of a RICO violation have a civil cause of action under the terms of the act. 18 U.S.C. §§ 1962(c), 1964(c)) provides for liability in civil

suits brought by any person injured 'in his business or property' by a RICO violation, with a compulsory award of treble damages, costs, and attorneys fees and makes it unlawful for 'any person' who is employed by or associated with 'any enterprise' affecting interstate commerce to 'participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity. Section 1964(c) requires "a RICO plaintiff to make two related but analytically distinct threshold showings . . .: (1) that the plaintiff suffered an injury to business or property; and (2) that the plaintiff's injury was proximately caused by the defendant's violation of 18 U.S.C. § 1962." However, a showing of injury requires proof of a concrete financial loss and not mere injury to a valuable intangible property interest. Moreover, the defendant need not be criminally convicted before a civil plaintiff can sue for treble damages under RICO. The statute requires only that the criminal activities are "chargeable" or "indictable" under state or federal law, not that the defendant has already been charged or indicted. 18 U.S.C. § 1961(1). However, there is one exception to this rule: civil RICO claims cannot be predicated on securities fraud violations unless the defendant has been criminally convicted of a securities fraud violation. 18 U.S.C. § 1964(c). Therefore, in essence, there are eight elements that a plaintiff must plead before availing himself of the enhanced damage and attorney fees provisions of the RICO Act: (1) that defendant (2) through commission of two of the enumerated predicate acts, (3) which constitute a "pattern" of (4) "racketeering activity," (5) directly or indirectly participates in the conduct of (6) an "enterprise," (7) the activities of which affect interstate or foreign commerce, and that (8) plaintiff was injured in his business or property by reason of such conduct.

## Limited JURISDICTION Appointed

Whereas, the US Constitutional Court as established under the Judicial Branch is the Court of Competent Common Law Jurisdiction (Equity, Commercial, Business, Torts, and/or Admiralty /Maritime Law, and/or Ecclesiastical/ Canon Law notwithstanding), under International Common Law having Jurisdiction as established within the following issues of jurisprudence; as the full nature of et-al claims, charges, acts, and/or Crimes Against Humanity, High Crimes, and Misdemeanors, Acts of Treason, Article 3, § 3, Clause 1, Providing Aid and Comfort to an Enemy, deprivation of Human Rights as committed by the Defendant Class in full or in part have been committed not just against the Petitioner/Plaintiff Class, but have been committed against the entire population of We the People with the several States. These acts of Treason are a betrayal of the

Creators "We the People," then subvert the Law(s) and/or the very judiciary system therein, defrauding and/or depriving any chance for the general population of "We the People," by ignorance, and/or manipulation of the LAW, wherein, we the people having no understanding but by manipulation standing under the system of alleged rules which attempt to deprive all 'We the People" of our Human Rights and/or in the redress of grievances arising from the misapplication and/or usurpation of alleged authority of the De-facto statutes of Equity, Commercial, Business, Torts, and/or Admiralty /Maritime Law, and/or Ecclesiastical Law, thereby, supplanting the De-jure Common Law, and Divine Right given to all Sovereign Men (gender not specific) thereby, established by Contract i.e. Constitution between the Sovereign "We the People" et-al Men and thereby created legal fiction corporate governments, wherein, the control of the alleged system of De-facto courts as stated above through economic and/or monetary restrictions by way of court costs and/or fees, so as to have any ruling issued in the favor of the Sovereign Individual who may be in the way of the corporate interests and/or tyrannical actions in self-preservation of the system of fraud who then impose the way/system through any issue of self-serving judicial, legislative, and/or executive usurpation. The fact of this is/are beyond contention. This is even heightened by the fact after imposing the ruling rendered from a so-called de-facto judge, people will be victimized even to the point of being imprisonment or even killed to remove the Sovereign Rights of We The People from any illegal taking and/or estoppels of outright theft of the life, liberty, and private property of We the People. This fact will be further outlined within the balance of this action.

## United States District Court Jurisdiction

1. Jurisdiction of this court arises standing under International Crimes Against Humanity Law (as stated above), and 28 U.S.C. §. 1331, 1337, 1343(a), and 1367(a); 42 U.S.C. §. 1983 (civil action for deprivation of rights), 1985 (3) (conspiracy to interfere with civil rights), 1988 (proceedings in vindication of civil rights); 18 U.S.C. 1341; 18 U.S.C. 1511. Hobbs Act 18 U.S.C. § 1951 (a-b), 18 U.S.C. § 2381, chapter 115

2. Jurisdiction of this court for the pendent claims is authorized by F.R.Civ.P. 18(a), and arises under the doctrine of pendent jurisdiction as set forth in United Mine Workers v. Gibbs, 383 U.S. 715 (1966).

## MEMORANDUM OF LAW

*USC 42 §1983 for Deprivation of Civil Rights, §1985(3) for Conspiracy, Common-Law Conspiracy and/or Extortion Hobbs Act, 18 USC § 1951(a-b), etc.(as in the conversion of human rights into a crime controlled as a privilege then to extort a fee or ransom), National/International Crimes Against Humanity deprivation of human rights;*

"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and Common laws, shall be liable to the party injured in an action at law, suit, or other proper proceeding for redress..."

Whereas, In 18 USC 1951(b)(2) - (Hobbs Act), "Extortion" is defined as, "the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence or fear, or under color of official right." and,

The inclusion of the element of simple fear is important; it is that which distinguishes the extortion as defined by Hobbs from "blackmail", where a well defined fear of a definite action is required to have been communicated. From the statutory language, it would appear that fear alone should be considered as sufficient inducement; and, in Evans v. US 504 US, 255(1992) the Court reconstructs the ambiguous wording and grammar of the statute on the basis of Congressional intent and the principle of lenity, saying:

"The more natural construction is that the verb; The "induced" applies to both types of extortion described in the statute. Thus, the unstated "either" belongs after "induced": "The term `extortion' means the obtaining of property from another, with his consent, induced either [1] by wrongful use of actual or threatened force, violence, or fear, or [2] under color of official right." This construction comports with correct grammar and standard usage by setting up a parallel between two prepositional

phrases, the first beginning with "by"; the second with "under." Thus, fear itself is still sufficient to induce the victim to relinquish property willingly to the extortioner.

Whether or not the victim's fear is causally related to acts or intentions of the extortioner, is not required to be known or proven. Though this may seem too broad a sufficient condition, it directly allows more subtle, and more pernicious forms of extortion that would, in fact, prevent or hamper due process. Intent, when not directly expressed, must be inferred. Since the mind is not directly available for observation, a finder of fact is left free to consider a body of evidence which may or may not be consistent, to an appropriate degree of belief, with the proposition that the extortioner has in some way caused, or even exploited, any known or obvious fear possessed by the victim.

Note; The word "wrongful", in 18 USC 1951(b)(2), means that the extortioner has no lawful claim to the property obtained."

## COMPLAINT

COMES NOW, Petitioners/Plaintiffs in sui juris a party intervener, charging that actions by the Defendant Class in the creation and further dissemination of the unlawful salacious fraudulent so-called, fake, Russian Dossier, and/or by the collective actions/efforts of the Defendant class, as well as many others, did in fact aid and comfort the Russian propaganda to interfere before, during, as well as after the fact, with the Presidential election process, even now, trying to unseat a sitting duly lawfully elected President, by means of the continuation of the use of the Russian fake Dossier, and,

Whereas, Petitioners/Plaintiffs will show as well as prove, beyond any shadow of doubt that et-al of these Defendant class, as well as many others, are willfully, knowingly, working in congress with foreign agents/agencies to undermine, covert, destabilize, and now, overthrow/usurp the Constitution for the United States of America, as well as the will of, We the People, for their own agenda and political gain, and,

Whereas, while each Defendant did, under their official capacity, aid in the creation and/or the pushing of the Russian Dossier, authored by, Christopher Steele, a former

British Intelligence Officer with ties to the FBI, and/or the U.S. Intelligence community, which, this same FBI, just weeks before the 2016 Presidential election, agreed to pay, Mr. Steele $50,000 USD, once he would verify the claims made in said Russian Dossier, and,

Whereas, we now know that the Defendants, in turn, did knowingly present the Russian Dossier to the FISA Court, further withholding information from the FISA Court that this Russian Dossier was in fact bought and paid for by the DNC, this, to falsely acquire a surveillance warrant to, in effect, spy on the, then, Trump campaign, and,

Whereas, We also know that the FBI probe led by, Strzok, relied on the salacious 34-page Steele dossier, paid for by the DNC, to launch their Trump-Russia investigation into the alleged Russian – Trump collusion, which, after over 14-15 months, there is no evidence of any collusion, however, said investigation is now far out of control trying to find anything to cause, even to the point of creating any alleged issue or alleged action to damage the lawfully elected President, to be forced out of office, to fit the deep state agenda, which is to continue the de-facto 1871 Corporation of the UNITED STATES, and

Whereas, the truth is that every government actor, each congressman/woman, in fact, once elected into their respective office, must take a session before taking their office, were they are educated about and/or given the training of how the Corporation Deep State usurps and/or circumvents the lawful 1787 Constitution for the United States of America, as stated above, the first act of Treason, the truth is that these, and every high level government actor, is in fact, not interested in our American Republic, in our Constitution for the United States of America, each and every actor is only interested in the continuation of the DEEP STATE Corporation, without any concern or interest in the fate of, WE the People, this really turned against, We the People, in, or about, 1966, when every government

high level officials and/or law enforcement across the country, were told that, We the People, are/were named the enemies of the State, the fact is what, We the People, are being told now about this Deep State, as if this was something just now, happening, as if this is a new thing, this is very far from the truth, the so-called, Deep State, has been with us for over a hundred years, this conspiracy is, in fact, not something new, which has just now come into existence, but in fact, has been an on-going system of usurpation against, We the People, as stated above, for the last 147 years. This is why, no matter the cost or the appearance of the on-going alleged investigation, concerning the man holding the office of President, he is not and/or was not part of and/or a member of the Deep State, the system, this is why it really does not matter which party is in the White House or who is in control of congress, as long as these members are of the elite, Deep State, continuing the fraud of the usurpation of our Republic, while, We the People, are not knowledgeable of the truth and are kept ignorant of the truth, everything is business as usual, then, they are good to go,

Understand, We the People, need to understand this very well, I know this fact, as I was trained to understand how things really are, I was one of them in kind, however, I am a bit different, as I took an oath to serve, as well as, protect the Constitution for the United States of America. In the late 60's, and for a while, I truly believed that I was serving God and Country, only to slowly find out that, in fact, I was not serving either. I was, in fact, only cleaning up the issues and/or problems left behind by the corporations' overreach worldwide, and in some cases, some domestic issues here within the USA needed to be corrected, as well.

Whereas, in total, as much as 30 years were spent in what was referred to as the, Intelligence community, etc., to carry out whatever assignment, which may have been given, never to file a report on the status of any action, which may or may not have actually, taken place and/or have been so engaged as no one was to know, a thing called, P.D.; Plausible Deniability. There are persons who know, firsthand, what is really taking place right before our eyes, and why, We the People, are so blind to the truth: The Deep State, the shadow government is now being exposed and, trust this, they do not like this one bit.

Why do you think just a few months ago, there was the group called, Anyone But Trump? It was the truth, as in, anyone, as long as they were from inside the system, a card-carrying deep state member. It is not in the best interest to allow our America to be great, as it is the plan that this country should not be better than any other third world country, as long as the one world order is on the top of the pyramid. Why do you think our children are no longer taught the pledge of allegiance in the public-school system, across the country?

Whereas, these Defendants have no regard for the Constitution, or the rule of law, they only operate under the, color of law, behind the illusion of the law, as it may suit them and, or, the system, as needed at the time.

Whereas, we just need to look at the events of last Monday when, the investigation into the Russian collusion now allegedly had reason to enter and take everything from the personal Attorney of the President, in violation of the attorney-client privilege, never mind the

violation of the Fourth Amendment (Amendment IV) to the United States Constitution, as in part of the Bill of Rights, that prohibits unreasonable searches and seizures.

## CONCLUSION

Whereas, there is no doubt the Defendant Class has committed High Crimes and Misdemeanors, i.e., acts of Treason, against the Constitution in this present time of events, in an attempt to undermined and/or overthrow our duly lawfully elected, sitting President, by whatever means necessary, including, but not limited to, subverting our Lawfully Established Constitution for the United States of America,

Whereas, We the People, need to form a, Citizens Grand Jury, to investigate the actions of these High Crimes and Misdemeanors, leading into acts of Treason, as committed by these Defendants, to investigate every event leading up to this point, even covering the past 147 years, should this become necessary, and,

Whereas, this is the only way, We the People, and/or our Republic of these United States might survive the current total disregard of our lawful 1787 Constitution, we must form a Citizens Grand Jury, in full public view, to investigate every aspect of the High Crimes and Misdemeanors, and act of Treason, waged against our Constitution, as well as, our nation. As a Special Prosecutor, Senior International Investigator of the Estate, therefore, having the position, I call upon the, Citizens of sound mind, having the love of country, to stand up for this country, as now is the turning point in our history's Pandora's Box has been opened, the swamp has been exposed, and, We the People, are going to have the America, which was created for us so many years ago, or is this dream, now over, lost to the swamp?

Whereas, should there be enough men and women left to take a stand with our lawfully elected President--a side note--I may not agree, in total, with this President,

however, I know this is the time to stand, or not. If not then, are, We the People, just going to walk away from this moment, from this test? Are, We the People, now giving up on ourselves, as well as, our future children? What will history have to say about our resolve? Was this, American dream, worth the price so many have paid in their blood? And for what, if, We the People, now just, walk away?

Whereas, should there be enough of, We the People, left, willing to take a stand, then, take the stand. We the People, from this Grand Jury, must convene and investigate the full extent of this Deep State. It is more than obvious that we cannot trust most of them, who now sit in their Offices, as most have abandoned their, Oath of Office, for the personal gain they enjoy from the Deep State. The number of people needed for this Grand Jury, given the magnitude of this type of Grand Jury, We, should allow this to be a Constitutionally established Grand Jury, with 33 Jurors, called to investigate the, High Crimes and Misdemeanors, as well as, each act of Treason by persons of interest, which may have had a hand in this, Treason of aiding and/selling out to the enemies of this nation, by whatever means they may have taken, to subvert the Constitution and/or this Republic. The founding fathers gave us this Republic, it is up to us to keep it. Wake up, America, wake up and stand together with this man, whether you agree with him, or, not so much. He is, at the very least, taking a stand against the Deep State, he is draining the swamp. We the People, gave him the job however, he cannot finish this alone. Our President and our Republic is under attack from within, are We the People, going to Stand against this Treason? As for me, and my kind, I/we will Stand. Many of you may not know this fact, however, every Founding Father of this Nation, was in fact, a, Freemason. They gave their lives, their liberty, and their property, to create this, Republic. I shall not allow their Oath to be

betrayed! My brother is my brother in life, as well in death. No man gives his life for his brother, giving up your life is hard, however, most of the time, Standing in your life for your brother is much harder. There is a story I have often remembered, the story goes something like this: There is a man, he is talking with God, looking back over his life as if to see the path of his footsteps in the sand of time, but

he takes notice... At times, he sees only one set of steps in the sand and turns to, God, asking: "Why did you leave me?", "Why was I walking alone?". Father, just smiled: "My son, these single footsteps in the sand are when I carried you through your troubles". I have been reminded of this, when I think of the dead man; carry, no matter what. No one/brother is left behind. When did I find this love for, my brother? From whence did it come? But, from my heart... So, Mote It Be, Semper Fi!

Whereas, Further deponent saith not. Petitioner/Plaintiff now affix his signature and official seal to all of the above, WITH EXPLICIT RESERVATION OF ALL OF PETITIONER/ PLAINTIFF'S UNALIENABLE RIGHTS, WITHOUT PREJUDICE TO ANY OF THOSE RIGHTS,

Rev. Gregory L., Peck A.R.R. *     *   *   * Ecclesiastical Dead Roll
%1407 Dunswell Ave.
Hacienda Hts., California 91745
CP 626-290-9882

_____  _____
Edward M. Palma M.`.M.`.  Andy Mancha M.`.M.`.

_____
Raul Solana M.`.M.`.

Notice: Copy Furnished;



### The International Common Law Court Of Justice

A Lawful Judicial Body Constituted under Common Law and The Law of Nations Brussels



### International Criminal Court

Po Box 19519, 2500 CM, The Hague, The Netherlands

otp.informationdesk@icc-cpi.int

[Summary of pleading] - 19

# IN CONGRESS, JULY 4, 1776.

## The unanimous Declaration of the thirteen united States of America,

When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation. — We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. — That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, — That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security. — Such has been the patient sufferance of these Colonies; and such is now the necessity which constrains them to alter their former Systems of Government. The history of the present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world. — He has refused his Assent to Laws, the most wholesome and necessary for the public good. — He has forbidden his Governors to pass Laws of immediate and pressing importance, unless suspended in their operation till his Assent should be obtained; and when so suspended, he has utterly neglected to attend to them. — He has refused to pass other Laws for the accommodation of large districts of people, unless those people would relinquish the right of Representation in the Legislature, a right inestimable to them and formidable to tyrants only. — He has called together legislative bodies at places unusual, uncomfortable, and distant from the depository of their public Records, for the sole purpose of fatiguing them into compliance with his measures. — He has dissolved Representative Houses repeatedly, for opposing with manly firmness his invasions on the rights of the people. — He has refused for a long time, after such dissolutions, to cause others to be elected; whereby the Legislative powers, incapable of Annihilation, have returned to the People at large for their exercise; the State remaining in the mean time exposed to all the dangers of invasion from without, and convulsions within. — He has endeavoured to prevent the population of these States; for that purpose obstructing the Laws for Naturalization of Foreigners; refusing to pass others to encourage their migrations hither, and raising the conditions of new Appropriations of Lands. — He has obstructed the Administration of Justice, by refusing his Assent to Laws for establishing Judiciary powers. — He has made Judges dependent on his Will alone, for the tenure of their offices, and the amount and payment of their salaries. — He has erected a multitude of New Offices, and sent hither swarms of Officers to harrass our people, and eat out their substance. — He has kept among us, in times of peace, Standing Armies without the Consent of our legislatures. — He has affected to render the Military independent of and superior to the Civil power. — He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation: — For quartering large bodies of armed troops among us: — For protecting them, by a mock Trial, from punishment for any Murders which they should commit on the Inhabitants of these States: — For cutting off our Trade with all parts of the world: — For imposing Taxes on us without our Consent: — For depriving us in many cases, of the benefits of Trial by Jury: — For transporting us beyond Seas to be tried for pretended offences — For abolishing the free System of English Laws in a neighbouring Province, establishing therein an Arbitrary government, and enlarging its Boundaries so as to render it at once an example and fit instrument for introducing the same absolute rule into these Colonies: — For taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments: — For suspending our own Legislatures, and declaring themselves invested with power to legislate for us in all cases whatsoever. — He has abdicated Government here, by declaring us out of his Protection and waging War against us. — He has plundered our seas, ravaged our Coasts, burnt our towns, and destroyed the lives of our people. — He is at this time transporting large Armies of foreign Mercenaries to compleat the works of death, desolation and tyranny, already begun with circumstances of Cruelty & perfidy scarcely paralleled in the most barbarous ages, and totally unworthy the Head of a civilized nation. — He has constrained our fellow Citizens taken Captive on the high Seas to bear Arms against their Country, to become the executioners of their friends and Brethren, or to fall themselves by their Hands. — He has excited domestic insurrections amongst us, and has endeavoured to bring on the inhabitants of our frontiers, the merciless Indian Savages, whose known rule of warfare, is an undistinguished destruction of all ages, sexes and conditions. In every stage of these Oppressions We have Petitioned for Redress in the most humble terms: Our repeated Petitions have been answered only by repeated injury. A Prince, whose character is thus marked by every act which may define a Tyrant, is unfit to be the ruler of a free people. Nor have We been wanting in attentions to our Brittish brethren. We have warned them from time to time of attempts by their legislature to extend an unwarrantable jurisdiction over us. We have reminded them of the circumstances of our emigration and settlement here. We have appealed to their native justice and magnanimity, and we have conjured them by the ties of our common kindred to disavow these usurpations, which, would inevitably interrupt our connections and correspondence. They too have been deaf to the voice of justice and of consanguinity. We must, therefore, acquiesce in the necessity, which denounces our Separation, and hold them, as we hold the rest of mankind, Enemies in War, in Peace Friends. —

We, therefore, the Representatives of the united States of America, in General Congress, Assembled, appealing to the Supreme Judge of the world for the rectitude of our intentions, do, in the Name, and by Authority of the good People of these Colonies, solemnly publish and declare, That these United Colonies are, and of Right ought to be Free and Independent States; that they are Absolved from all Allegiance to the British Crown, and that all political connection between them and the State of Great Britain, is and ought to be totally dissolved; and that as Free and Independent States, they have full Power to levy War, conclude Peace, contract Alliances, establish Commerce, and to do all other Acts and Things which Independent States may of right do. — And for the support of this Declaration, with a firm reliance on the protection of divine Providence, we mutually pledge to each other our Lives, our Fortunes and our sacred Honor.

John Hancock

Button Gwinnett
Lyman Hall
Geo Walton

Wm Hooper
Joseph Hewes
John Penn

Edward Rutledge
Thos Heyward Junr
Thomas Lynch Junr
Arthur Middleton

Samuel Chase
Wm Paca
Thos Stone
Charles Carroll of Carrollton

George Wythe
Richard Henry Lee
Th Jefferson
Benja Harrison
Thos Nelson jr
Francis Lightfoot Lee
Carter Braxton

Robt Morris
Benjamin Rush
Benja Franklin
John Morton
Geo Clymer
Jas Smith
Geo Taylor
James Wilson
Geo Ross
Caesar Rodney
Geo Read
Tho M:Kean

Wm Floyd
Phil Livingston
Frans Lewis
Lewis Morris
Richd Stockton
Jno Witherspoon
Fras Hopkinson
John Hart
Abra Clark

Josiah Bartlett
Wm Whipple
Saml Adams
John Adams
Robt Treat Paine
Elbridge Gerry
Step Hopkins
William Ellery
Roger Sherman
Sam Huntington
Wm Williams
Oliver Wolcott
Matthew Thornton

Rev Gregory Louis PeckARR 2017 (ALL RIGHTS RESERVED)