FILED

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Gregory L. Peck ARR LTCol
1407 Dunswell Ave.
Hacienda Heights CA 91745

2018 APR 16 PM 2: 14

CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Greg L. Peck ARR LtCol MU 370
ET-AL

Plaintiff(s),

v.

Robert Mueller
ET. ALL

Defendant(s).

CASE NUMBER:

**CV18-03184-DMG(SHK)**

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Rey Gregory L. Peck ARR LT Col M U 370_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

**PARTY**                                    **CONNECTION / INTEREST**

_APRIL 16-2018_                              _[signature]_ MU 370
Date                                         Signature

Attorney of record for (or name of party appearing in pro per):




**Without Prejudice UCC 1-308**
Reverend Lord Gregory. L. Peck, ARR
(Lt. Col.), Ninth (9ᵗʰ) Magistrature,
Special Prosecutor, Senior International
Investigator, Common Law Peace Officer
of Court/Deputy Sheriff of Court/ HIGH
PRIEST OF YHVH: (RULE 16: SECTION 1.
(a) That the Court has no jurisdiction over the
person of the Petitioner/Plaintiff

Peck 1010 AD

C/O 1407 Dunswell Ave., Hacienda Heights, CA. 91745
CP: 626-265-8327

# United States District Court
# Central District of California
# Western Division, Los Angeles

### JURY REQUIRED

| | |
|---|---|
| Rev S.L. Gregory L. Peck A.R.R, Lt. Col. M.`.M.`. 33º, Special Prosecutor, Senior International Investigator Inspector General of the Order<br><br>Edward M. Palma M.`.M.`.<br><br>Andy Mancha M.`.M.`.<br><br>Raul Solana M.`.M.`.<br>     Petitioner/Plaintiff,<br><br>vs.<br><br>Robert Mueller (In his private & Official Capacity)<br>James Comey (In his private & Official Capacity)<br>Rod Rosenstein (In his private & Official Capacity)<br>     Defendant/Respondent | Civil Case #_____<br><br>**Cause of Action: Crimes Against Humanity, High Crimes, and Misdemeanors, Acts of Treason, Article 3, § 3, Clause 1, Providing Aid and Comfort to an Enemy of the USA**, deprivation of Human Rights, Waring against the Constitution and/or We the People; (As charged Crimes Against Humanity cannot be denied or refused and must be heard).<br><br>**High Crimes, and Misdemeanors, Acts of Treason, Waring against the Constitution for the USA 1787;**<br><br>USC Title 42 § 1983. Civil action for deprivation of rights etc. 18 U.S. § 2381,<br><br>**RICO ACT U.S. Code** › Title 18 › Part I › Chapter 96 |

Notice: In the interest of Justice Pursuant to Constitution For United States of America 1787, Under Common Law by Mandate of Human Rights, We hereby revoke by COMMON LAW, Corporate Statutes/Articles, Estoppels et-al De-facto Equity, Commercial, Admiralty, Maritime, Statutory de-facto Court Rules/Policies be Waved by Order of Sovereign Right established within/on the Declaration of Independence herein attached and signed     **JURY REQUIRED**

[Summary of pleading] - 1