# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| Case No. | CV 18-03184-DMG (SHK) | Date: | July 23, 2018 |
|---|---|---|---|
| Title: | *Gregory L. Peck, et al. v. Robert Mueller, et al.* | | |

Present: The Honorable Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO SERVE

On April 16, 2018 Plaintiff filed a complaint in this Federal Court. Pursuant to Fed. R. Civ. P 4(m) Plaintiff must serve the summons and complaint on all named defendants within 90 days after the complaint is filed. It has been more than 90 days since the complaint in this action was filed, and there is no indication that the defendants have been served by filing the proof of service.

Accordingly, on or before **August 6, 2018**, Plaintiff is ORDERED TO SHOW CAUSE in writing why the complaint should not be dismissed without prejudice for failure to prosecute; or file a proof of service demonstrating proper service of the summons and complaint on all defendants.

The Court advises Plaintiff that failure to serve the summons and complaint and file the proof of service on or before August 6, 2018, may result in dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**